

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00030-CR

---

DRAYLON JAMES PHILLIPS A/K/A                                    APPELLANT
DRAYLON J. PHILLIPS

V.

THE STATE OF TEXAS                                                    STATE

----------

## FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Draylon James Phillips a/k/a Draylon J. Phillips attempts to appeal from his conviction for theft of property under $1,500 with two prior convictions. The trial court's certification states that this is "a plea-bargained case and the defendant has NO right of appeal" and that the "defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On January 30,

---

[1]*See* Tex. R. App. P. 47.4.

2013, we notified Phillips that the appeal would be dismissed pursuant to the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before February 11, 2013, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 2, 2013